# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TYLER CEJA, | Case No. 1:23-cv-01673-KES-SAB |
|---|---|
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| LVNV FUNDING LLC, | (ECF No. 13) |
| Defendant. | **DEADLINE: April 24, 2024** |

This action was filed on December 1, 2023. (ECF No. 1.) On April 3, 2024, Plaintiff filed a notice of settlement of the action. (ECF No. 13.) Plaintiff states he anticipates filing a joint stipulation to dismiss Defendant with prejudice within sixty days. (Id. at 2.)

Pursuant to Local Rule 160(b), the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. While Plaintiff states he anticipates filing dispositional documents within sixty days, he presents no specific showing of good cause for extending the time period set by the Local Rule. Accordingly, the Court shall set a deadline of twenty-one days based on the filing; however, the parties may request an extension through a stipulation demonstrating good cause for the needed extension. In this regard, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance but rather settlement of the action.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters, including the initial scheduling conference currently set for April 4, 2024 at 10:00 a.m. in Courtroom 9, are VACATED; and
2. The parties shall file dispositional documents on or before **April 24, 2024**.

IT IS SO ORDERED.

Dated:   **April 3, 2024**

UNITED STATES MAGISTRATE JUDGE