# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER CEJA,<br><br>        Plaintiff,<br><br>    v.<br><br>LVNV FUNDING LLC,<br><br>        Defendant. | Case No. 1:23-cv-01673-KES-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF Nos. 14, 15, 16)<br><br>**DEADLINE: MAY 1, 2024** |

       On April 3, 2024, Plaintiff filed a notice of settlement of this action. (ECF No. 13.) On April 3, 2024, the Court issued an order setting the deadline to file dispositional documents for April 24, 2024. (ECF No. 14.) Dispositive documents were not filed within the time ordered nor did the parties request an extension of the deadline. On April 25, 2024, the Court issued an order to show cause why sanctions should not issue for the failure to comply with the April 3, 2024 order. (ECF No. 15.)

       On April 25, 2024, a response to the order to show cause was filed stating that Defendants' counsel inadvertently missed an email from Plaintiff's counsel regarding a revision to the settlement agreement. (ECF No. 16 at 1.) The parties executed the settlement agreement on April 25, 2024 and request that the Court discharge the OSC and allow the parties to file the dismissal of the action. (Id. at 2-3.) The Court finds good cause to discharge the order to show

cause and shall direct the parties to promptly file dispositional documents.

     Accordingly, IT IS HEREBY ORDERED that:

     1.     The April 25, 2024 order to show cause (ECF No. 15) is DISCHARGED; and

     2.     Plaintiff shall file dispositive documents **no later than May 1, 2024**.

IT IS SO ORDERED.

Dated:   **April 26, 2024**

UNITED STATES MAGISTRATE JUDGE