# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER CEJA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LVNV FUNDING LLC,<br><br>　　　　Defendant. | Case No. 1:23-cv-01673-KES-SAB<br><br>ORDER STRIKING MOTION TO DISMISS (ECF No. 17)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 18) |

　　　　On April 26, 2024, two identical stipulations were filed dismissing this action with prejudice and with each party to bear its own costs and attorneys' fees.  (ECF Nos. 17, 18.)  Plaintiff filed one stipulation as a "motion to dismiss" (ECF No. 17) and the second stipulation as a stipulation of dismissal (ECF No. 18).  The Court shall strike the improperly named "motion to dismiss" (ECF No. 17) and deem the document filed as a stipulation for dismissal as the operative stipulation (ECF No. 18).   In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

/ / /

/ / /

/ / /

1

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to STRIKE the motion to
2  dismiss (ECF No. 17), CLOSE the file in this case, and adjust the docket to reflect voluntary
3  dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**April 29, 2024**__

UNITED STATES MAGISTRATE JUDGE

2